IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LORILLARD TOBACCO
COMPANY, et al.,

    Plaintiffs,

v.

    Case No. 2:04-CV-715
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Abel

CHESTER, WILLCOX &
SAXBE, LLP, et al.,

    Defendants.

## ORDER

This matter is before the Court upon remand from the Court of Appeals for the Sixth Circuit. (USCA Mandate, doc. 325). The Court hereby schedules this matter for a status conference on Thursday, February 19, 2009, beginning at 10 A.M. At that time, the Court will consider the parties' positions on a new discovery, briefing, and pretrial schedule.

Florida counsel's motion for extension of time to respond to summary judgment (doc. 328) is GRANTED. The pending motions for attorneys fees (docs. 298 and 317) are hereby DENIED, without prejudice.

**IT IS SO ORDERED.**

2-6-2009
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

1