IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LORILLARD TOBACCO COMPANY,**

  **Plaintiff,**

v.

**CHESTER, WILLCOX & SAXBE, LLP,**

  **Defendant.**

Case No. 2:04-cv-715

**JUDGE EDMUND A. SARGUS, JR.**

**MAGISTRATE JUDGE MARK R. ABEL**

### ADMINISTRATIVE ORDER

In light of the new case schedule set forth in the Court's Order dated March 31, 2009 (Document 336), the Motion for Summary Judgment filed on December 29, 2008 by Deutsche Bank Trust Company Americas, GP (FL) Funding II LLC, Maher (FL) Funding II LLC, Bthemy (FL) Funding II LLC, FH (FL) Funding II LLC, and NCH (FL) Funding II LLC (Document 326), is hereby **DENIED** as moot.

**IT IS SO ORDERED.**

\_\_6-10-2009\_\_
**DATED**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**